UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN MARQUIS HOLIDAY (1),<br><br>Defendant. | Case No.: 17CR1370-AJB<br><br>**PROTECIVE ORDER** |

FILED JUL 1 5 2019

Upon application by the parties, pursuant to the Federal Rule of Criminal Procedure 16(d), and General Order No. 514 of the United States District Court for the Southern District of California ("General Order No. 514"), it is hereby ORDERED as follows:

IT IS HEREBY ORDERED that the home addresses, phone numbers, and any other contact information of the percipient witnesses (hereafter "Contact Information") are for use of defense counsel, any investigators, interpreters, experts, paralegals, legal assistants, or law clerks assisting counsel in this case (the "Defense"). They may not be shared with anyone else, **including the Defendant**.

IT IS HEREBY ORDERED, that if, in the course of preparing the defense in this case, any member of the Defense needs to disclose the Contact Information to any person outside of Defense (such as to a third-party witness or the Defendant), counsel of record must obtain prior written authorization from the Court, with such authorization to require that any such person to whom the Contact Information are disclosed agree to be bound by the terms of this protective order, that the Contact Information be only shown to, and not left with or recorded by, such person, and that the Contact Information remain in the custody and control of the Defense.

IT IS HEREBY ORDERED that the Contact Information is provided to the Defense for purposes of investigating, preparing for trial, trial, and any appeals of this matter and for no other purpose. The parties further agree that the Contact Information

produced by the United States may not be copied or further disseminated in any way to any other person or entity who is not part of the Defense, **including the Defendant**.

IT IS HEREBY ORDERED that the Defense take all reasonable steps to (a) maintain the confidentiality of the discovery, and (b) safeguard the discovery produced in this case from inadvertent disclosure or review by any third party.

IT IS HEREBY ORDERED that the Defense agrees to return to the United States or destroy any and all copies of the Contact Information within 90 days of the conclusion of the proceedings in the above-referenced case, including any appeal.

IT IS HEREBY ORDERED that the parties abide by Fed. R. Crim. P. 16(d) and 49.1(e) along with General Order No. 514 of the United States District Court for the Southern District of California, which, among other things, requires that any filings referencing or containing an individual's personal information must be redacted in a manner consistent with said General Order.

IT IS HEREBY ORDERED that any court filings containing any part of the Contact Information shall be filed under seal or subject to redaction.

DATED: July 15, 2019

HON. ANTHONY J. BATTAGLIA
United States District Judge
Southern District of California