UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MARQUIS HOLIDAY,<br><br>                              Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                              Respondent. | Case Nos.:  25-cv-00082-AJB;<br>                   17-cr-01370-AJB<br><br>**ORDER DENYING PETITIONER'S MOTION FOR CLARIFICATION**<br><br>**(Doc. No. 306)** |

On May 27, 2025, Petitioner Juan Marquis Holiday ("Petitioner") filed a motion for clarification regarding the Court's May 9, 2025, order, denying Petitioner's motion for discovery. (Doc. No. 306; *see also* Doc. No. 304.) Having reviewed the Petitioner's brief and all relevant filings, and for the reasons set forth below, the Court **DENIES** Petitioner's motion for clarification.

## I.      BACKGROUND

On May 8, 2025, Petitioner filed a motion for discovery, seeking "documentation" of the "chain of custody" of the DNA evidence linking Petitioner to a robbery presented at Petitioner's criminal trial. (Doc. No. 301.) On May 9, 2025, the Court denied Petitioner's motion for discovery. (Doc. No. 304 at 3.) On May 27, 2025, Petitioner filed the instant motion, seeking to clarify why the Court denied Petitioner's motion for discovery. (*See* Doc. No. 306.)

## II.    MOTION FOR CLARIFICATION

In the instant motion, Petitioner states that he "need[s] clarification as why exactly [his] request for discovery . . . pertaining to the chain of custody documentation was denied." (Doc. No. 306 ¶ 1.) In the Court's May 9, 2025 order, the Court already provided Petitioner a fulsome explanation as to why the record before the Court of the chain of custody of the DNA evidence presented at Petitioner's criminal trial is clear and why further discovery is not merited. (*See* Doc. No. 304 at 2–3.) The Court does not find that any additional clarification is warranted.

Accordingly, the Court **DENIES** Petitioner's motion for clarification.

**IT IS SO ORDERED**.

Dated:  June 10, 2025

Hon. Anthony J. Battaglia
United States District Judge

25-cv-00082-AJB; 17-cr-01370-AJB